IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        v.                                  5:14-MJ-214 (ATB)

DERRICK WILSON,

        Defendant.

_____

CARLA B. FREEDMAN, Assistant United States Attorney
JARROD W. SMITH, Esq. for Defendant

ANDREW T. BAXTER, United States Magistrate Judge

## ORDER APPROVING WAIVER OF DETENTION HEARING AND PRELIMINARY HEARING

Defendant has been charged by a criminal complaint with conspiracy to possess with the intent to distribute 280 grams or more of cocaine base (crack cocaine), a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846; and conspiracy to possess with the intent to distribute one kilogram or more of heroin, a Schedule I controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846.

At a hearing held on June 23, 2014, the defendant, through counsel, voluntarily waived his right to a detention hearing and a preliminary hearing. In announcing that waiver, defendant's counsel advised that he had explained the nature of the detention hearing and preliminary hearing to the defendant, including the consequences of any waiver of the right to such hearings, and that the defendant was knowingly and voluntarily waiving his right to the hearings with full knowledge of the consequences thereof. Defendant reserved his right to request a detention hearing at a later time.

Based upon the foregoing, including defendant's voluntary representations, it is hereby

ORDERED, that defendant's waiver of his right to a detention hearing and preliminary hearing without prejudice, which I find to have been knowing, intelligent and voluntary, is accepted; and it is further

ORDERED, that defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: June 23, 2014

Hon. Andrew T. Baxter
U.S. Magistrate Judge